IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARY ELIZABETH MEYER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:13-cv-01458 |
| v. ) | |
| ) | Judge Nixon |
| CAROLYN W. COLVIN, ) | Magistrate Judge Knowles |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Defendant Commissioner of Social Security's Motion for Entry of Judgment Under Sentence Four, 42 U.S.C. § 405(g), with Remand to Defendant ("Motion") (Doc. No. 16), filed with a Memorandum in Support (Doc. No. 17). Defendant states that remand is warranted for "further administrative proceedings." (*Id.* at 1.) Defendant further states that Plaintiff's counsel has been contacted and has no objection to Defendant's Motion. (Doc. No. 16 at 1.)

The Court hereby **GRANTS** Defendant's Motion to Remand, and **REVERSES** and **REMANDS** this case to the Commissioner. This Order terminates this Court's jurisdiction over the above-styled action, and the case is **DISMISSED**. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the ___15___ day of August, 2014.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT